■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM REID, Appellant. [765 NYS2d 779] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered February 13, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The court properly rejected defendant's belated peremptory

challenge to a juror who had been sworn the day before (*People v Harris*, 57 NY2d 335, 348-350 [1982], *cert denied* 460 US 1047 [1983]).

The court's charge on the agency defense properly explained the application of the law to the facts of the case, without any unfair marshaling (*see People v Saunders*, 64 NY2d 665 [1984]; *People v Jorge*, 181 AD2d 441, 442 [1992], *lv denied* 80 NY2d 833 [1992]).

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion (*see People v Hayes*, 97 NY2d 203 [2002]; *People v Walker*, 83 NY2d 455, 458-459 [1994]; *People v Pavao*, 59 NY2d 282, 292 [1983]).

Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Andrias, J.P., Ellerin, Williams, Lerner and Gonzalez, JJ.